934

No. 86–5202. BUTLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5243. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5245. ROBERTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5272. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5386. WHITE v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 86–5390. MILLER v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 86–5392. BARTLETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5396. MASON v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 86–5397. HILL v. PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 86–5403. ADELMAN v. CARLSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5404. CRUSOS v. UNITED TRANSPORTATION UNION, LOCAL 1201, ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5405. LAGRANGE v. JONES, JUDGE. C. A. 5th Cir. Certiorari denied.

No. 86–5407. McCLOUD v. LOVALLEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5410. SINGLETON v. FREY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.